TREVOR J. HATFIELD, ESQ
Nevada Bar No. 7373
**HATFIELD & ASSOCIATES, LTD.**
703 S. Eighth Street
Las Vegas, Nevada 89101
Telephone:  (702) 388-4469
Facsimile:  (702) 386-9825
Email:  *thatfield@hatfieldlawassociates.com*

*Attorney for Plaintiff*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| LISA FARRELL, an individual,<br><br>    Plaintiff,<br><br>    vs.<br><br>MANTERIS-SUNSTRUM COMPANIES, LLC, a Domestic Limited-Liability Company, d/b/a THE SALON;   DOES I through X, inclusive; ROE CORPORATIONS I through X, inclusive;<br><br>    Defendants. | CASE NO:<br>DEPT NO:<br><br><br>**COMPLAINT FOR WRONGFUL TERMINATION**<br>**[JURY TRIAL DEMANDED]** |

COMES NOW, Plaintiff LISA FARRELL, (hereinafter "Plaintiff" or "Ms. Farrell"), by and through her attorney, Trevor J. Hatfield, Esq., of the law firm Hatfield & Associates, Ltd., and alleges upon information and belief against the above-captioned Defendants as follows:

///

///

///

///

///

///

///

///

HATFIELD & ASSOCIATES, LTD.
703 8th Street  *  Las Vegas, Nevada 89101
Telephone (702) 388-4469

HATFIELD & ASSOCIATES, LTD.
703 8th Street * Las Vegas, Nevada 89101
Telephone (702) 388-4469

## NATURE OF THE ACTION

This is an age discrimination case in violation of the Age Discrimination in Employment Act of 1967, as amended (hereinafter the "ADEA"), due to Plaintiff having been terminated for her age, 46, at the time of her termination.

## PARTIES

1.      At all times relevant hereto, Plaintiff, residing in Las Vegas Nevada, was and is an individual residing in the State of Nevada and was employed at MANTERIS-SUNSTRUM COMPANIES, LLC d/b/a THE SALON, a Domestic Limited-Liability Company (hereinafter "Defendant").

2.      At all times relevant hereto, Defendant was a domestic limited-liability company licensed to and conducting business in the State of Nevada, or is, based upon Plaintiff's information and belief, a corporate entity conducting business on a regular and continuing basis in Nevada.

3.      All acts which form the basis of this complaint occurred during Plaintiff's employment with Defendant.

4.      All of the acts alleged herein and or failures alleged herein were duly performed by and or are attributable to Defendant, acting by and through their agents and employees.  Said acts and or failures to act were within the scope of said agency and or employment, and Defendant ratified said acts and or omissions.

5.      Defendant regularly employs fifteen or more persons.

///

///

///

///

- 2 -

6.     The true names or capacities, whether individual, corporate, association or otherwise, of Defendants DOES I through X, and ROE CORPORATIONS I through X, are unknown to Plaintiff, who therefore sues said Defendants by such fictitious names.  Plaintiff is informed and believes and therefore alleges that each of the Defendants designated herein as a DOE and a ROE CORPORATION are responsible in some manner for the events and happenings referred to and caused damages proximately to the Plaintiff as herein alleged. Plaintiff will ask leave of this Court to amend its Complaint to insert the true names and capacities of DOES I through X, and ROE CORPORATIONS I through X, when the same have been ascertained and to join such Defendants in this action.

## JURISDICTION AND VENUE

7.     The jurisdiction of this Court is predicated upon 28 U.S.C. Section 1331 and 1343, to redress the unlawful deprivation of Plaintiff's rights secured, guaranteed and protected by federal law. The Court also has jurisdiction pursuant to 28 U.S.C. Sections 2201 and 2202 relating to declaratory judgments. This Court may also exercise pendant jurisdiction over Plaintiff's state law claims arising under the common law and statutes of the State of Nevada, and which arise from a common nucleus of operative fact pursuant to 28 U.S.C. Section 1367.

8.     Venue is proper in the United States District Court for the District of Nevada pursuant to 28 U.S.C. Section 1391(b), wherein Plaintiff resides, all Defendants reside and/or regularly conduct business and where all the wrongful conduct occurred.

///

///

///

///

///

HATFIELD & ASSOCIATES, LTD.
703 8th Street * Las Vegas, Nevada 89101
Telephone (702) 388-4469

- 3 -

HATFIELD & ASSOCIATES, LTD.
703 8th Street * Las Vegas, Nevada 89101
Telephone (702) 388-4469

## ADMINISTRATIVE PREREQUISITES

9.     Plaintiff has complied with all the administrative prerequisites to action under the Age Discrimination in Employment Act of 1967, as amended, as follows:

10.     Plaintiff is a woman that was 46 years of age at the time of termination.  Plaintiff was discriminated against due to her age, 46, in violation of the Age Discrimination in Employment Act of 1967, as amended.  Plaintiff was terminated on or about March 21, 2016 because of her age.

11.     Plaintiff timely filed a formal Charge of Discrimination with the Nevada Equal Rights Commission (hereinafter "NERC") on or about March 2016 alleging that Plaintiff was subjected to age discrimination in violation of the Age Discrimination in Employment Act of 1967 as amended.

12.     Plaintiff promptly and diligently accommodated all NERC requests for information and fully cooperated in the agency's investigation of this matter.  Defendant did not respond to nor participate in NERC's Request for Conciliation in October 2018.

13.     Plaintiff has exhausted all available administrative remedies in accordance with the aforementioned statutes prior to instituting this civil action.

14.     Plaintiff received her Right to Sue with a probable cause finding from the Equal Employment Opportunity Commission (hereinafter "EEOC") on or about November 28, 2018.  **See Exhibit One.**  She then timely filed this action as to Defendant on December 27, 2018.

15.     Plaintiff demands a jury trial of this case pursuant to Local Rule 38-1 and 28 U.S.C. Section 1411.

///

///

///

- 4 -

HATFIELD & ASSOCIATES, LTD.
703 8th Street * Las Vegas, Nevada 89101
Telephone (702) 388-4469

## FACTUAL ALLEGATIONS

16.     Plaintiff is a 48-year-old Caucasian female.  She was hired as a Nail Technician at THE SALON at Red Rock Resort, Casino & Spa by past owners Trilogy Wellness, LLC on or about December 2014.  Trilogy Wellness, LLC was bought out by Defendant MANTERIS-SUNSTRUM COMPANIES, LLC d/b/a THE SALON in 2015.  Plaintiff continued to work as a Nail Technician for the new owners, Defendant MANTERIS-SUNSTRUM COMPANIES, LLC d/b/a THE SALON, until her termination on or about March 21, 2016.

17.     On or about March 21, 2016, Defendant fired Plaintiff ostensibly for "not making probation" even though Plaintiff had been working for Defendant at THE SALON at Red Rock Casino, Resort & Spa since December 1, 2015, the same location that Plaintiff worked at for the previous owners since December 2014.  This termination was pretextual.

18.     Defendant also fired Plaintiff's coworkers Sarah Mikel (47 years old) and Stacey Nye (52 years old).  Upon information and belief, Defendant then hired three new employees under 40 years of age and who were friends with the manager of Defendant.

19.     Defendant had posted on its social media Instagram and Facebook pages that it was looking to hire new employees before Plaintiff was fired.  Defendant expressed an ambition of promoting an image of youthfulness and of wanting to hire younger employees under the age of 40.  Defendant posted that it wanted to view the applicant's social media page(s), which typically show pictures of the applicant.

///

///

///

///

///

- 5 -

HATFIELD & ASSOCIATES, LTD.
703 8th Street * Las Vegas, Nevada 89101
Telephone (702) 388-4469

**CAUSES OF ACTION**

**FIRST CAUSE OF ACTION**

**Age Discrimination in Violation of the**

**Age Discrimination in Employment Act of 1967, as amended; 29 U.S.C. § 623**

20.     Plaintiff incorporates by reference the allegations set forth in the preceding paragraphs of the complaint as though set forth at length herein.

21.     Defendant's conduct as detailed herein, was in fact illegal.  Plaintiff was subjected to age motivated discriminatory practices, comments, and actions all of which are illegal activities as directed, ratified and tolerated by her employer.

22.     The Age Discrimination in Employment Act of 1967 and 29 U.S.C. § 623 make it unlawful for an employer to discriminate against any employee because of their age.

23.     Defendant singled Ms. Farrell out for termination due to her age, which was over 40 at the time of termination.

24.     Ms. Farrell is informed and believes that other individuals, not in her protected class, were treated better than her.

25.     As a direct and proximate result of Defendants' violation of the Age Discrimination in Employment Act of 1967 and 29 U.S.C. § 623, Ms.  Farrell has suffered lost wages, lost benefits, lost seniority, lost future earnings, lost employment opportunities, humiliation, embarrassment, and loss of self-esteem in an amount to be determined at trial. Therefore, she seeks all legal and equitable remedies available at law.

///

///

///

///

- 6 -

HATFIELD & ASSOCIATES, LTD.
703 8th Street * Las Vegas, Nevada 89101
Telephone (702) 388-4469

## SECOND CAUSE OF ACTION

## Violation of Nevada Statutory Protections,

## NRS 613.330, Unlawful Employment Practices

26.     Plaintiff incorporates Plaintiff incorporates by reference the allegations set forth in the preceding paragraphs of the Complaint as though set forth at length herein.

27.     NRS § 613.330 makes it unlawful for an employer to permit sexual harassment, hostility in the workplace, or discriminate against any employee because of their age or gender. Defendant's conduct as detailed herein, was in fact illegal.  Plaintiff was subjected to age related and motivated discriminatory practices and actions in the workplace, all of which are illegal activities as directed, ratified and tolerated by her employer.  Ms. Farrell was discriminated against due to her age.

28.     As a direct and proximate result of Defendant's violation of N.R.S. § 613.330, Plaintiff has suffered lost wages, lost benefits, lost seniority, lost future earnings, lost employment opportunities, humiliation, embarrassment, and loss of self-esteem in an amount to be determined at trial.  Therefore, Plaintiff seeks all legal and equitable remedies available at law.

29.     Plaintiff should be awarded punitive damages as well because of Defendant's extreme and outrageous conduct.

30.     As a further result of Defendants' above-stated actions, it has been necessary for Plaintiff to obtain the services of the law offices of Hatfield & Associates, Ltd., to prosecute this action, and Plaintiff is entitled to reimbursement for those attorney's fees and costs which have been reasonably incurred.

///

///

///

- 7 -

HATFIELD & ASSOCIATES, LTD.
703 8th Street * Las Vegas, Nevada 89101
Telephone (702) 388-4469

## REQUEST AND PRAYER FOR RELIEF

WHEREFORE, Plaintiff prays for judgment and damages against Defendants as follows:

1.   Enter an injunction ordering Defendants to make Plaintiff whole with full back pay, benefits and reinstatement to a position Ms. Farrell would have obtained in the absence of discrimination or, in the alternative, front pay;

2.   An award to Ms. Farrell for compensatory damages in amount to be shown at trial for past and future economic and non-economic losses within this Court's jurisdiction subject to proof;

3.   An award to Ms. Farrell for general damages, including but not limited to emotional distress damages, within this Court's jurisdiction subject to proof;

4.   An award to Ms. Farrell for exemplary and/or punitive damages;

5.   An award to Ms. Farrell for reasonable attorney's fees and costs, including but not limited to expert witness fees, and as provided under state law;

6.   An award to Ms. Farrell for interest on any awards at the highest rate allowed by law; and

7.   Such other and further relief as this Court deems just and appropriate.

Dated this 27th day of December 2018.          **HATFIELD & ASSOCIATES, LTD.**
By: /s/ *Trevor J. Hatfield*
Trevor J. Hatfield, Esq. (SBN 7373)
703 South Eighth Street
Las Vegas, Nevada 89101
(702) 388-4469 Tel.
          *Attorney for Plaintiff*