1
2
3
4
5
6
7
8 **UNITED STATES DISTRICT COURT**
9 **DISTRICT OF NEVADA**
10

| | |
|---|---|
| LISA FARRELL, | Case No.: 2:19-cv-00029-GMN-NJK |
| Plaintiff(s), | |
| v. | **ORDER** |
| | [Docket Nos. 19, 20] |
| MANTERIS-SUNSTRUM COMPANIES, LLC, | |
| Defendant(s). | |

On December 16, 2019, Plaintiff filed an amended complaint. Docket No. 18. On December 17, 2019, Plaintiff filed a motion to withdraw that amended complaint and a motion for leave to amend. Docket Nos. 19, 20. So long as no responsive pleading or enumerated Rule 12 motion has been served, a plaintiff is permitted to amend her complaint once without leave of court. *See, e.g.*, *Vanguard Outdoor, LLC v. City of Los Angeles*, 648 F.3d 737, 748 (9th Cir. 2011) (adopting district court opinion as its own). As no responsive pleading or enumerated Rule 12 motion has been served, Plaintiff does not need to seek leave to file an amended complaint. Accordingly, the amended complaint at Docket No. 18 is now the operative complaint. The motions at Docket Nos. 19 and 20 are **DENIED** as moot.

IT IS SO ORDERED.

Dated: December 18, 2019

_____
Nancy J. Koppe
United States Magistrate Judge

1